UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH HERRERA-ANTIGUA,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

24-CV-4636 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Counsel for Plaintiff and Defendant City of New York are ORDERED to appear for a conference with the Court to discuss the parties' requests at ECF Nos. 24 and 25 on **December 11, 2024** at 11:00 a.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 633234526.

Dated: November 27, 2024
        New York, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge