

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY J.O. ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

November 29, 2024

**BY ECF**
Honorable Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York

      Re:    <u>Kenneth Herrera-Antigua v. City of New York, et al.</u>
            24 Civ. 4636 (JGLC)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. Defendant City writes to respectfully request that the Court adjourn the December 11, 2024 Court Conference to a date after December 13, 2024. Plaintiff's counsel consents to this request. This is Defendant City's first request to adjourn the December 11, 2024 Court Conference.

      By way of background, on November 27, 2024, this Court scheduled a conference on December 11, 2024 at 11:00 a.m. *See* Dkt. No. 27, Order, November 27, 2024. The reason for this request is that the undersigned is on previously scheduled leave from December 11, 2024 through December 13, 2024. The undersigned reached out to plaintiff's counsel regarding his availability, and plaintiff's counsel is on previously scheduled leave from December 3, 2024 through December 10, 2024. Therefore, defendant City respectfully requests that the Court adjourn the December 11, 2024 conference to a date after December 13, 2024.

      The parties are available all day on December 16, 2024 (except between 11:00 a.m. and 12:00 p.m. due to a separate telephonic Court appearance), the morning of December 17, 2024 at 10:00 a.m., or 12:00 p.m., (except between 11:00 a.m. and 12:00 p.m. due to a separate in-person Court appearance, and not at 1:00 p.m. or after as plaintiff's counsel has a flight that afternoon), the afternoon of December 19, 2024, December 23, 2024 (except between 10:30 a.m. and 11:30 am. due to a separate telephonic Court appearance), and all day December 26, 2024.

      Plaintiff's counsel will be unavailable the afternoon of December 17, 2024 through the morning of December 19, 2024 due to a federal sentencing matter in another state. The undersigned will be unavailable December 20, 2024.

2

Accordingly, defendant City writes, with plaintiff's consent, to respectfully request that the Court adjourn the December 11, 2024 Court Conference to a date after December 13, 2024.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*

Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**
Vik Pawar
*Attorney for Plaintiff*

Application GRANTED. The conference scheduled for December 11, 2024 is ADJOURNED to **December 16, 2024** at 12:00 p.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 633234526. The Clerk of Court is directed to terminate ECF No. 28.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: December 2, 2024
       New York, New York