UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH HERRERA-ANTIGUA,

                Plaintiff,

-against-

THE CITY OF NEW YORK, ADMINISTRATION OF CHILDREN SERVICES, HORIZON, CROSSROADS, KENNETH KENEDY aka NICO, JOHN AND JANE DOES 1–5,

                Defendants.

24-CV-4636 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

As discussed at the conference on December 16, 2024, Plaintiff shall provide Defendant City with the relevant incident numbers by **December 17, 2024**. The City shall disclose the corresponding dates to Plaintiff by **December 20, 2024**. Plaintiff shall amend the Complaint accordingly by **December 24, 2024**. All Defendants shall respond to the Amended Complaint by **January 7, 2025**.

Counsel for the parties shall appear for an Initial Pretrial Conference on **February 6, 2025** at 11:00 a.m. The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 709098966. Counsel shall submit a joint status letter and proposed case management plan by **January 30, 2025**.

The Clerk of Court is directed to terminate ECF Nos. 24 and 25.

Dated: December 16, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge