UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GELISA HERRERA ON BEHALF OF HER BROTHER KENNETH HERRERA-ANTIGUA,<br><br>                  Plaintiff,<br><br>  -against-<br>THE CITY OF NEW YORK, ET AL.,<br><br>                  Defendants. | 24cv04636 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. Further, requests to extend the deadline to reopen are unlikely to be granted. Any pending motions are moot. All conferences are cancelled.

      The Clerk of Court is directed to CLOSE the case.

DATED:  June 16, 2025
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge